**MEMORANDUM ENDORSED**

**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LINDA SLADE, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

Case No.   1:22-cv-7845-GHW

- against -

THIRD WAVE WATER LLC,

                Defendant.
-----------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Third Wave Water LLC.

Dated: Scarsdale, New York
         January 26, 2023

                              SHAKED LAW GOUP, P.C.
                              Attorneys for Plaintiff

                              By: /s/ Dan Shaked
                              Dan Shaked, Esq.
                              14 Harwood Court, Suite 415
                              Scarsdale, NY 10583
                              Tel. (917) 373-9128
                              e-mail: ShakedLawGroup@Gmail.com

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).
SO ORDERED.

Dated: January 27, 2023
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge